Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,
*Plaintiff*

v.

178623, *et al.*,
*Defendants*

CIVIL ACTION No.
19-cv-3186 (AJN)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant QingTeng Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: June 27, 2019                                   Respectfully submitted,

                                                       **EPSTEIN DRANGEL LLP**

                                           BY:   _____
                                                       Ashly E. Sands (AS 7715)
                                                       asands@ipcounselors.com
                                                       EPSTEIN DRANGEL LLP
                                                       60 East 42nd Street, Suite 2520
                                                       New York, NY 10165
                                                       Telephone:   (212) 292-5390
                                                       Facsimile:   (212) 292-5391
                                                       *Attorney for Plaintiff*
                                                       *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on July 1, 2019.

                                           _____
                                           Judge Alison J. Nathan
                                           United States District Judge

2