Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*



AUG 0 9 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> 178623, *et al.*, *Defendants* | **CIVIL ACTION No.** <br> **19-cv-3186 (AJN)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants aoyun, bananapink, boaydeal, chenliqun, City us, cocoyaya, dianshangren, fanglinstore, fanting258, Good Products Global Trading factory, grace sky fashion jewelry, Harold's Poundshop, jing1098345, leioyong, liangfengqin, Life is Beaut, Light Guide, liuliumei886, Liusukai, lixinzhao, lizhikang5012s, lizhuohang4655, Longlaborinsuranceshop, Louis kai, Lovely Queen, lsstore1866, luckyranran86, Mei Mei single product shoes, panghun, pangmmshangshangclothingstore, SCLM LTD,.,

1

shanghaiwannanwangluokejiyouxiangongsi, tingtingxu0377916, wei0033, Wu Xiao Ying, xiezhujun, Xing Ran Trading, yadana, zhifeng2017 and zngke in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: August 8, 2019

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorney for Plaintiff*
*Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on August 9, 2019.

_____
Judge Alison J. Nathan
United States District Judge

2