UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

All Star Marketing Group, LLC,

    Plaintiff,

—v—

178623, *et al.*,

    Defendants.

19-cv-3186 (AJN)

ORDER

DEC 1 9 2019

ALISON J. NATHAN, District Judge:

Per this Court's Individual Practices in Civil Cases, "[t]he Plaintiff must serve the motion for default judgment and supporting paperwork on the party against whom default judgment is sought and file an affidavit of service on ECF within 14 days of filing the motion for default judgment." Rule 3(L). Plaintiff filed its motion for default judgment on November 1, 2019, Dkt. No. 58, and filed proof of service on all defaulting defendants except for hongwu1 and shenmingxing on November 6, 2019, Dkt. No. 62.

By December 23, 2019, Plaintiff shall file proof of service on the two defaulting defendants that have not yet been served. If additional time is required to complete service of the motion and supporting papers, Plaintiff shall file a letter on ECF explaining why an extension is necessary.

    SO ORDERED.

Dated: December ___, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge